<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7632**

———————————

SUPREME OUTSPOKEN 7 ALLAH, a/k/a Mark Meyers,

Plaintiff - Appellant,

versus

BENJAMIN MONTGOMERY, Deputy Director, South
Carolina Department of Corrections; GERALDINE
MIRO,    Warden,    Allendale    Correctional
Institution;  JOHN  PATE,  Assistant  Warden,
Allendale  Correctional  Institution;  BERNARD
WALKER,    Major,    Allendale    Correctional
Institution,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge.
(CA-01-958-0-24BF)

———————————

Submitted:  January 17, 2003        Decided:  February 3, 2003

———————————

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Supreme Outspoken 7 Allah, Appellant Pro Se.  Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Supreme Outspoken 7 Allah appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Allah v. Montgomery, No. CA-01-958-0-24BF (D.S.C. Sept. 30, 2002). We deny Allah's motion for production of documents, his motion for an injunction, his motion to amend, his motion for declaratory judgment, his motion for an award of compensatory and punitive damages, his motion to review the record in the Clerk's Office, his motion for sanctions, his motion to strike, and his motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED